

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GENESIA MAURETTE SMITH )<br>)<br>Defendant. ) | 2:05-CR-123-KJD-LRL |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#103) on August 9, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $7,456.00

**Total Amount of Restitution ordered: $7,456.00\*\***
\*\*Joint and Several with co-defendants

Dated this 18th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE