```
                                          RECEIVED
                      ____ ENTERED    ____ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                              APR 19 2017

                        CLERK US DISTRICT COURT
                          DISTRICT OF NEVADA
                   BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-123-KJD-LRL |
| Plaintiff, ) | |
| vs. ) | |
| GENESIA MAURETTE SMITH ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#103) on August 9, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $7,456.00

**Total Amount of Restitution ordered:  $7,456.00\*\***
\*\*Joint and Several with co-defendants

Dated this _18th_ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE